IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

IN RE:                                                                      CASE NO: 11-30003
                                                                                      CHAPTER 7
    McCLINTOCK, KATHLEEN

        Debtor(s)
_____/

NOTICE OF PAYMENT OF UNCLAIMED
FUNDS PURSUANT TO 11 U.S.C. § 347

Trustee, Sherry F. Chancellor, pursuant to 11 U.S.C. § 347, gives notice of the payment to the Clerk, U. S. Bankruptcy Court, of unclaimed funds as follows:

| Claim No. | Claimant Name/Address | Dividend |
|---|---|---|
| 003 | Dell Financial Services<br>c/o Resurgent Capital<br>PO Box 10390<br>Greenville, SC 29603 | $128.12 |

The check mailed at the above address on July 27, 2011 has been neither been returned by the Post Office or negotiated by the creditor.

Dated this 26th day of October, 2011.

                                                    /s/ Sherry F. Chancellor
                                                    Sherry F. Chancellor, Trustee
                                                    619 West Chase Street
                                                    Pensacola, Florida 32502
                                                    (850) 436-8445
                                                    Florida Bar No: 434574

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a copy of the foregoing notice of payment of unclaimed funds has been furnished electronically or served by U. S. Mail, postage prepaid, upon Dell Financial Services, c/o Resurgent Capital, PO Box 10390, Greenville, SC 29603 and Charles Edwards, Office of the U. S. Trustee, 110 East Park Avenue, #128, Tallahassee, Florida 32301 on this 26th day of October, 2011.

                                                  /s/ Sherry F. Chancellor
                                             Sherry F. Chancellor, Trustee